# EXHIBIT B

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ×

**Tracking Number:** 70181830000164701322

Your item was delivered to the front desk, reception area, or mail room at 11:13 am on October 5, 2020 in BOSTON, MA 02210.

## ⊘ Delivered

October 5, 2020 at 11:13 am
Delivered, Front Desk/Reception/Mail Room
BOSTON, MA 02210

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback