UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWYERS FOR CIVIL RIGHTS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | CIVIL ACTION NO. 1-20-cv-11777-DPW |

### AFFIDAVIT OF SERVICE

1. I am an attorney at Hinshaw & Culbertson LLP, attorneys for the Plaintiff, Lawyers for Civil Rights, in the above-captioned action. I have personal knowledge of the facts set forth herein.

2. I commenced the above-captioned action in this Court on September 29, 2020.

3. In accordance with Fed. R. Civ. P. 4 and Local Rule 4.1, I declare the following information to prove that service of the Summons and Complaint was made on all relevant parties. Along with this affidavit, I include a copy of the Summons and copies of the certified mail tracking information return receipts received by our office.

4. On October 2, 2020, I caused to have mailed a copy of the Summons and Complaint to the Defendant agency, United States Citizenship and Immigration Services, by certified mail, return receipt requested, in accordance with Fed. R. Civ. P. 4(i)(2).

5. A copy of the Summons and Complaint were also sent by certified mail, return receipt requested, to the United States Attorney for the District of Massachusetts and to the United States Attorney General in Washington, DC on October 2, 2020, in accordance with Fed. R. Civ. P. 4(i)(l).

6. According to United States Postal Service records, the Summons and Complaint were delivered to the Defendant United States Citizenship and Immigration Services on October 5, 2020. *See* Exhibit A.

7. According to United States Postal Service records, the Summons and Complaint were delivered to the United States Attorney for the District of Massachusetts on October 5, 2020. *See* Exhibit B.

8. According to United States Postal Service records, the Summons and Complaint were delivered to the United States Attorney General's Office on October 7, 2020. *See* Exhibit C.

9. Under the provisions of Fed. R. Civ. P. 4(i), the above process constitutes sufficient service of process in this action, and this Affidavit and its attachments constitute sufficient proof of service of process.

Signed under the pains and penalties of perjury, this 16th day of November, 2020.

*/s/ Kevin W. Manganaro*
Kevin W. Manganaro, BBO #690082

### CERTIFICATE OF SERVICE

I, Kevin W. Manganaro, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kevin W. Manganaro*
Kevin W. Manganaro