# EXHIBIT A

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70181830000164701339

Remove ✕

Your item was delivered to an individual at the address at 7:38 am on October 5, 2020 in BOSTON, MA 02203.

## ✓ Delivered

October 5, 2020 at 7:38 am
Delivered, Left with Individual
BOSTON, MA 02203

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback