# EXHIBIT C

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70181830000164701315

Your item was delivered at 4:54 am on October 7, 2020 in WASHINGTON, DC 20530.

## ⊗ Delivered

October 7, 2020 at 4:54 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback