**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| LAWYERS FOR CIVIL RIGHTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-cv-11777-DPW |
| | ) | |
| UNITED STATES CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

NOW COMES Defendant, by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, and respectfully requests this Court to extend the deadline for Defendant to file a responsive pleading for 30 days, until December 4, 2020. Undersigned counsel was recently assigned to this case, and additional time is needed to confer with Defendant to obtain sufficient information to prepare a response to the Complaint. Opposing counsel has been contacted and has indicated their assent to this Motion.

WHEREFORE, the Defendant respectfully requests that the Court extend by thirty (30) days the date by which the Defendant must file a responsive pleading up to and including December 4, 2020.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:     */s/ Erin E. Brizius*
Erin E. Brizius
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3398

Dated: November 19, 2020           Erin.E.Brizius2@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1, I conferred with Plaintiff's counsel on

November 19, 2020, and he assented to the relief requested in this Motion.

*/s/ Erin E. Brizius*
Erin E. Brizius
Dated: November 19, 2020           Assistant U.S. Attorney