UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-11777-RGS

LAWYERS FOR CIVIL RIGHTS

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

September 16, 2023

STEARNS, D.J.

I agree with Magistrate Judge Levenson's careful and thorough analysis of the record and his conclusion that, absent a persuasive showing that there is an ongoing risk, a generalized intention to shield government employees from unwanted attention is insufficient to support a wholesale exemption from the Freedom of Information Act's (FOIA) disclosure requirements. In a thorough balancing of the interests at stake, Magistrate Judge Levenson's recommendation is that this court grant in part and deny in part the cross-motions for partial summary judgment. I find no fault in his reasoning. Nor can I improve on his conclusions.[1]

---

[1] The court finds the Appendix (A) assembled by the Magistrate Judge

Consequently, the court adopts the Magistrate Judge's Recommendation and will hold as follows:

(1) Defendant USCIS properly invokes Exemption 5, deliberative process privilege, and is entitled to summary judgment with respect to items 1, 2, 3, 4, 5, 6, 7, 16, 17, and 22. [Items 3, 6, 16, and 17 are also protected by the attorney-client privilege.]

(2) Plaintiff LCR is entitled to summary judgment with respect to USCIS's claim of deliberative process privilege for items 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 20, and 21. [Items 8, 13, and 14, are nevertheless protected under the attorney-client privilege.]

(3) Defendant USCIS properly invokes Exemption 5, attorney-client privilege, and is entitled to summary judgment with respect to items 3, 6, 8, 13, 14, 16, and 17.

The Petition is <u>DISMISSED</u> with prejudice.[2]  The Clerk will enter judgment pursuant to this Order and close the case.

---

as a roadmap guiding the way through the parties' numerous contentions to be particularly helpful. *See* Report at 5 & n.3. I also agree with his refusal to undertake an *in camera* review of materials shown to be exempt from disclosure. *See* Report at 22.

[2] Although the court granted an enlargement of time, no Objections to the Magistrate's Report and Recommendation were filed by the court-ordered deadline, September 15, 2023.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE